UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THOMAS WATTS,

                Plaintiff,

        v.

UNITED PARCEL SERVICE, INC.,
JAMES DVORACK, AND DENNIS QUINN,

                Defendants.

Case No. 08-CV-6155 (PAC)

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant United Parcel Service, Inc. ("UPS") states as follows:

Defendant United Parcel Service, Inc., a New York corporation, is a wholly-owned subsidiary of United Parcel Service, Inc., a Delaware corporation. No other publicly held corporation owns 10% or more of Defendant UPS's stock.

Dated: New York, New York
        August 20, 2008

                                          Respectfully submitted,

                              By: *[signature: Kenneth J. Shaitelman]*
                                          Richard J. Rabin (RR-0037)
                                          Kenneth L. Shaitelman (KS-4622)
                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                          590 Madison Avenue
                                          New York, NY 10022
                                          (212) 872-1000 (tel)
                                          (212) 872-1002 (fax)

                                          *Attorneys for Defendant United Parcel*
                                          *Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, and via regular first class U.S. mail, postage prepaid, upon the following:

>Derek T. Smith
>Akin & Smith, LLC
>305 Broadway
>Suite 1101
>New York, NY 10007
>
>*Attorney for Plaintiff Thomas Watts*

Kenneth L. Shaitelman