UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THOMAS WATTS                                  :        Case No. 08-CV-6155 (PAC)
                                              :
        Plaintiff,                            :
                                              :
v.                                            :
                                              :
UNITED PARCEL SERVICE, INC.,                  :
JAMES DVORACK, AND DENNIS QUINN,              :
                                              :
        Defendants.                           :
                                              :
------------------------------------------------------------

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of Defendant United Parcel Service, Inc. ("UPS"), as counsel of record, and requests that all papers be served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Defendant may have in this action.

Dated: New York, New York
      August 22, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Richard J. Rabin
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)
rrabin@akingump.com

*Attorney for Defendant United Parcel Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, and via regular first class U.S. mail, postage prepaid, upon the following:

>Derek T. Smith
>Akin & Smith, LLC
>305 Broadway
>Suite 1101
>New York, NY 10007
>
>*Attorney for Plaintiff Thomas Watts*

Richard J. Rabin